# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>vs.<br>Terrance O. Robinson<br>               Defendant. | Case No.: CR 15-652-FMO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_, for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of current violation charge of absconding and failure to keep in contact with probation; prior multiple warrants for failure to appear (both recently and in the past); lack of sufficient verified information about the proposed third party surety; and two arrests in the past year._

      _____

      _____

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/12/2016

/s/ *Alexander F. MacKinnon*
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE